

**From:** Luquis, Nayisha
**Sent:** Friday, November 26, 2021 8:43 AM
**To:** Grimes, Stephanie
**Cc:** Karp, Susan; McFadden, Rukiya
**Subject:** Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

We are in receipt of your request for an accommodation from the Hospital's Covid-19 Vaccination Program.

After analyzing your request in conjunction with the nature of your role and feedback from your leadership, the Hospital unfortunately cannot grant you an accommodation. Specifically, because you are required to participate in your role on-site, you would be in contact with patients and staff while on-site and, as such, there is no accommodation the State would permit that would not create a financial and/or operational hardship for the Hospital. As such, you are required to become compliant with the Hospital's Covid-19 Vaccination Program by no later than **November 29, 2021.** If you do not meet this deadline, the Hospital will consider you to have resigned your employment for failing to satisfy a condition of continued employment.

Regards,
**Nayisha Luquis, SHRM-SCP**
Human Resources Business Partner
***DARE PEOPLE TO BE AMAZING***
 Weill Cornell Medical Center

435 East 70th Street, 3rd Floor
New York, NY 10021
T: 212-746-1466
M: 347-491-8821
E: nag9064@nyp.org

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.
code:d34y