-----Original Message-----
From: Grimes, Stephanie <stg9012@nyp.org>
To: Karp, Susan <ssk9039@nyp.org>
Cc: Luquis, Nayisha <nag9064@nyp.org>; McFadden, Rukiya <rum9036@nyp.org>
Sent: Tue, Nov 30, 2021 6:44 pm
Subject: Re: Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

Susan,

If you are adhering to the August 6th deadline as stated in your email below, I do not understand why you asked me for additional medical information regarding my medical exemption.

The fact that I have a medical exemption *is* protected health information and should not have been disclosed to anyone outside of the approval process.

I was granted a religious exemption from New York Presbyterian Hospital (NYP) on **August 22, 2021.**

I have a valid medical exemption that I obtained at my annual health assessment on **September 15, 2021;** there was no need at that time to submit a medical exemption since I had an approved religious exemption.

When my religious exemption was rescinded you informed me that it was too late to submit my medical exemption.

I do not have an on-site role at NYP; I have zero contact with patients and/or staff, therefore I clearly meet the criteria for accommodation outlined by the New York State Department of Health.

Please share the parameters regarding how determinations for accommodations are being made at NYP since there is clearly no financial or operational hardship for the hospital in allowing an accommodation in my situation.

Kindly clarify the hospital's position regarding my employment as I have not resigned.

Stephanie Grimes, RN
Quality Management
*NYP Analytics* | NewYork-Presbyterian Hospital

---

**From:** Karp, Susan
**Sent:** Tuesday, November 30, 2021 4:40 PM
**To:** Grimes, Stephanie
**Cc:** Luquis, Nayisha; McFadden, Rukiya
**Subject:** RE: Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

Stephanie –

Nothing has been shared with your Director regarding medical information, nor do I ever want any of your medical information. Your answer to the question would have determined who in WHS may have been able to

discuss your personal situation. The deadline for compliance has passed as medical exemption requests

discuss your personal situation. The deadline for compliance has passed as medical exemption requests were due on August 6th.

**Susan Karp, SHRM-CP**
Human Resources Business Partner
NewYork-Presbyterian
Weill Cornell Medical Center
ssk9039@nyp.org
212.746.1402 – office
347.749.7000 - cell



---

**From:** Grimes, Stephanie <stg9012@nyp.org>
**Sent:** Tuesday, November 30, 2021 4:19 PM
**To:** Karp, Susan <ssk9039@nyp.org>
**Cc:** Luquis, Nayisha <nag9064@nyp.org>; McFadden, Rukiya <rum9036@nyp.org>
**Subject:** Re: Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

Susan,

I am uncomfortable disclosing any additional personal protected health information to you, especially in an email.
I understand you already shared this medical information with my Director.
Please advise on the potential for an accommodation based on both my religious and medical exemptions.

Thank you.


Stephanie Grimes, RN
Quality Management
*NYP Analytics* l  NewYork-Presbyterian Hospital

---

**From:** Karp, Susan
**Sent:** Tuesday, November 30, 2021 10:29 AM
**To:** Grimes, Stephanie
**Subject:** RE: Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

Hi Stephanie –

Is this a new medical condition that was developed after the August 6th deadline for submitting medical exemptions or is this a long standing medical condition for which you received the doctors note on September 15th?

**Susan Karp, SHRM-CP**
Human Resources Business Partner
**NewYork-Presbyterian**
Weill Cornell Medical Center
ssk9039@nyp.org
212.746.1402 – office
347.749.7000 - cell



---

**From:** Grimes, Stephanie <stg9012@nyp.org>
**Sent:** Monday, November 29, 2021 7:24 AM
**To:** Luquis, Nayisha <nag9064@nyp.org>
**Cc:** Karp, Susan <ssk9039@nyp.org>; McFadden, Rukiya <rum9036@nyp.org>
**Subject:** Re: Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

Nayisha,

I also have a valid medical exemption from September 15th that precludes me from receiving the Covid vaccine. Ms. Karp previously informed me that it would not be considered because it was not submitted simultaneously with my religious exemption in August. Please advise.

Thank you.

Stephanie Grimes, RN
Quality Management
*NYP Analytics* | NewYork-Presbyterian Hospital

---

**From:** Luquis, Nayisha
**Sent:** Friday, November 26, 2021 8:43 AM
**To:** Grimes, Stephanie
**Cc:** Karp, Susan; McFadden, Rukiya
**Subject:** Accommodation Request: An Important Update Regarding Religious Exemptions for COVID-19 Vaccinations

We are in receipt of your request for an accommodation from the Hospital's Covid-19 Vaccination Program.

After analyzing your request in conjunction with the nature of your role and feedback from your leadership, the Hospital unfortunately cannot grant you an accommodation.  Specifically, because you are required to participate in your role on-site, you would be in contact with patients and staff while on-site and, as such, there is no accommodation the State would permit that would not create a financial and/or operational hardship for the Hospital.  As such, you are required to become compliant with the Hospital's Covid-19 Vaccination Program by no later than **November 29, 2021.**  If you do not meet this deadline, the Hospital will

vaccination Program by no later than **November 26, 2021**. If you do not meet this deadline, the Hospital will consider you to have resigned your employment for failing to satisfy a condition of continued employment.

Regards,
**Nayisha Luquis, SHRM-SCP**
Human Resources Business Partner
***DARE PEOPLE TO BE AMAZING***
 Weill Cornell Medical Center
435 East 70th Street, 3rd Floor
New York, NY 10021
T: 212-746-1466
M: 347-491-8821
E: nag9064@nyp.org

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.
code:d34y