**Pat and Stephanie Grimes <patrick.grimes2@verizon.net>**                                    1/6/2022 11:10 AM

# Fwd: Vax program

To vmiletti@milettilaw.com <vmiletti@milettilaw.com>

-----Original Message-----
From: Grimes, Stephanie <stg9012@nyp.org>
To: patrick.grimes2@verizon.net <patrick.grimes2@verizon.net>
Sent: Tue, Nov 30, 2021 5:22 pm
Subject: Fw: Vax program

Stephanie Grimes, RN
Quality Management
*NYP Analytics* | NewYork-Presbyterian Hospital

---

**From:** Rudich, Tamara
**Sent:** Tuesday, November 30, 2021 4:55 PM
**To:** Grimes, Stephanie
**Subject:** RE: Vax program

Hi Stephanie,

Susan did not share any medical information. I know Susan has informed you that the deadline for requesting a medical exemption and the deadline for compliance has passed. Please give me a call if you have a moment 646.670.8388

Tammy

---

**From:** Grimes, Stephanie <stg9012@nyp.org>
**Sent:** Tuesday, November 30, 2021 4:21 PM
**To:** Rudich, Tamara <tar9036@nyp.org>
**Subject:** Re: Vax program

Hi Tammy,

Apologies for the delayed response.
I am disappointed that Susan shared my protected health information with you.
Please know that I have cases to abstract and I have no intention of taking vacation or sick time this week.
Thanks so much.

Stephanie

Stephanie Grimes, RN
Quality Management
*NYP Analytics* | NewYork-Presbyterian Hospital

---

**From:** Rudich, Tamara
**Sent:** Tuesday, November 30, 2021 11:23 AM
**To:** Grimes, Stephanie
**Subject:** Vax program

Hi Stephanie,

I just tried to give you a call. Susan Karp is waiting to hear back from you regarding your medical exemption and whether it was a newly diagnosed condition since August 6th. Can you follow up with her?

You should not be working today since you are out of compliance with the vaccination program. Please log out.

Feel free to call back – 646.670.8388

Thanks,
Tammy

Tamara Rudich, MPH
Director, Analytics | NewYork-Presbyterian Hospital
Cell: 646.670.8388
Office: 212.585.6704

---

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

---

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

---

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message

in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.
code:d34y