UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE GRIMES,

Plaintiff,

- v –

THE NEW YORK AND PRESBYTERIAN HOSPITAL

Defendant,

Case # 23-CV-00652

**STIPULATION AND [PROPOSED] ORDER FOR A FIRST AMENDED COMPLAINT**

Hon. Judge Mary Kay Vyskocil

IT IS HEREBY STIPULATED AND AGREED THAT,

1.    The Plaintiff, Stephanie Grimes, through counsel, after conferring with counsel for the Defendants, THE NEW YORK AND PRESBYTERIAN HOSPITAL, has agreed to the following:

   a.  The Plaintiff will amend the Complaint to remove the individual defendants as a named party, and solely name the entity, THE NEW YORK AND PRESBYTERIAN HOSPITAL;

   b.  The Plaintiff will also remove the claims alleging violations of the New York State Human Rights Law and New York City Human Rights Law;

   c.  Upon the successful submission of the Amended Complaint to PACER, the Defendant shall have 60 days to respond to the Amended Complaint;

   d.  Service through PACER is agreed to by counsel for both parties.

2.    This stipulation may be signed in counterparts;

3.    A facsimile or scanned copy of this stipulation shall have the same force and effect as the original; and

4.    This stipulation may be filed with the Court without further notice.

5.     The parties have agreed in good faith to further work toward the possible resolution of this matter during this extended period.

Respectfully submitted,

Date:    Brooklyn, New York
         March 15, 2023

_____
Leah J. Park
lpark@paulweiss.com
Liza M. Velazquez
lvelazquez@paulweiss.com
Emily Vance
evance@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Counsel to the Defendant*

_____
Vincent Miletti, Esq.
The Law Firm of Vincent Miletti, Esq.
2139 East 3rd Street
Brooklyn, New York 11223
(609) 353-6287
vmiletti@milettilaw.com
*Counsel to Plaintiff*

**SO ORDERED**:

Pursuant to the parties' stipulation, on this _____, of March 2023, IT IS SO ORDERED as stipulated above:

_____
HON. JUDGE MARY KAY VYSKOCIL

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Case Management / Electronic Case Filing (CM/ECF) system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). An electronic copy of the foregoing was sent via CM/ECF to all parties. Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Vincent Miletti, Esq.