**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHANIE GRIMES,

                Plaintiff,

- against -

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                Defendant.

Case No. 1:23-CV-00652-MKV

## DECLARATION OF LIZA M. VELAZQUEZ

Liza M. Velazquez, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Defendant The New York Presbyterian Hospital s/h/a The New York And Presbyterian Hospital in the above-captioned action. I respectfully submit this Declaration in support of Defendant's motion to dismiss the Amended Complaint in *Stephanie Grimes* v. *The New York and Presbyterian Hospital*, 1:23-CV-00652-MKV (S.D.N.Y. Mar. 21, 2023).

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Acknowledgement of Telecommuting Conditions and Responsibilities, referenced in paragraph 17 of the Amended Complaint.

3. Attached as Exhibit B is a true and correct copy of an email chain that includes Defendant's August 30, 2021 correspondence regarding religious exemptions, referenced in paragraph 34 of the Amended Complaint.

4. Attached as Exhibit C is a true and correct copy of the New York State Division of Human Rights November 21, 2022 Determination and Order After Investigation, referenced in paragraph 12 of the Amended Complaint.

5. Attached as Exhibit D is a true and correct copy of an email chain that includes Defendant's December 1, 2021 correspondence regarding Plaintiff's resignation from employment, referenced in paragraph 66 of the Amended Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2023
New York, New York

                                                  */s/ Liza M. Velazquez*
                                                Liza M. Velazquez